■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD TONICK, Appellant.—Judgment, Supreme Court, New York County, rendered on March 19, 1975, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Murphy, J. P., Lupiano, Silverman, Capozzoli and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. VIRGIL HERVEY, on Behalf of JOSEPH MULLIGAN, Appellant, v MORRIS OSLWYN, as Warden of the New York City Adolescent Reception/Detention Center, Respondent.—Judgment, Supreme Court, New York County, entered August 8, 1975, dismissing relator-appellant's petition for a writ of habeas corpus and directing that he be delivered to the custody of an agent of the State of Georgia for extradition to that State, unanimously affirmed. The sole issue raised by the relator was his presence in the demanding State at the time of the alleged crime. On this point the evidence was conflicting. The trial court believed the evidence that relator was in the demanding State. Relator has failed to sustain his burden of proof by clear and convincing evidence that he was not in the demanding State at the time. *(People ex rel. Harris v Warden,* 42 AD2d 549.) An alibi defense is not to be tried out on habeas corpus attacking extradition. *(Munsey v Clough,* 196 US 364.) Concur—Kupferman, J. P., Lupiano, Silverman, Lane and Nunez, JJ.